EL PUEBLO, DEMANDANTE Y APELADO, v. QUIÑONES, ACUSADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección 2ª., en causa por delito de acometimiento y agre-
sión con circunstancias agravantes.

No. 835.—Resuelto en junio 26, 1915.

APRECIACIÓN DE LA PRUEBA—PRUEBA CONTRADICTORIA.—Cuando existe conflicto en
la prueba, corresponde dirimirlo al juez sentenciador, y a menos que haya un
motivo poderoso que lleve al Tribunal Supremo a una conclusión contraria, la
resolución del juez sentenciador debe prevalecer.

ACOMETIMIENTO Y AGRESIÓN CON CIRCUNSTANCIAS AGRAVANTES—PENA—REBAJA
DE LA PENA.—Bajo las circunstancias que concurren en este caso, la corte
resolvió que no estaba justificada la imposición del máximum de la pena seña-
lada por el estatuto, o sea la de dos años de cárcel, y modificó la sentencia
apelada condenando al acusado a sufrir sólo seis meses de cárcel.

Los hechos están expresados en la opinión.

Abogados del apelante: Sres. Tizol & Campillo.

Abogado del Pueblo: Sr. Salvador Mestre, Fiscal.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del
tribunal.

El presente es un recurso de apelación interpuesto con-
tra sentencia de la Corte de Distrito de San Juan por vir-
tud de la cual Catalino Quiñones fué condenado, como autor de
un delito de acometimiento y agresión grave, a sufrir la pena
de dos años de cárcel y al pago de las costas del proceso.

La acusación imputa a Quiñones el hecho de haber aco-
metido y agredido con una hoja de sable a Felícita Solís,
con el fin de causarle daño, produciéndole en efecto una con-
tusión, siendo Quiñones un varón adulto y la Solís una mujer
de noventa años.

La prueba de cargo consistió en la declaración de Felí-
cita Solís y el único fundamento en que descansa el recurso
consiste en la alegación de que lo dicho por Felícita Solís
es inverosímil y contradictorio y no puede servir de base

a una sentencia condenatoria. La declaración de Felícita Solís, fué como sigue:

"Felícita Solís, debidamente juramentada y a preguntas del Fiscal declaró: Que es del barrio Monacillos de Río Piedras, que conoce a Catalino Quiñones, que con este señor casi no le pasó nada, que estaba parada en el batey con los brazos cruzados mirando a lo lejos, y vino y le dió un cantazo, que no sabe por qué le dió, que fué con una hoja de sable; que no es pariente suyo, que es amigo, cuando que de muchacho le ayudaba a cargar, que se crió en su casa; que no sabe por qué le dió el cantazo, que no tuvo negocio ni disgusto con él, que no es novio de sus hijas, que no tiene hijas, que no lo insultó, que no tuvo nada con él. Que le dió bastante fuerte, y que se puso la mano y tenía un guabucho, que está segura que fué Catalino, que no se cayó.

"A preguntas del abogado declaró: Que no sabe a qué hora sucedió eso, que estaba todo en silencio, que la tienda estaba cerrada y ella estaba acostada, que al salir sólo estaba Sisito en la casa, que se levantó y se tiró abajo y se puso a mirar lejos, que él estaba en la carretera cuando vino y le soltó el cantazo y ella dijo "¡ay, mi madre, ya me mataron!" Que se levantó porque estaba aquello en silencio, que no había nadie, que en su casa no pasó nada, que el muchacho le preguntó si iba para abajo y le contestó que la dejara ir a ver mundo y se quedó parada mirando lejos. Que en aquellos momentos al tirarse abajo Sisito no estaba peleando con Catalino, que si peleó sería antes, que ella no sabía nada. Que no es verdad que ella se tiró de la cama porque vió o sintió el alboroto que tenía Sisito con Catalino, porque Sisito llegó del pueblo con Rosario y el guardia, que lo sabe porque vino Sisito, que no lo vió llegar, que cuando vió a Catalino no lo vió si estaba herido porque no le vió la cara cuando le dió, sabe que es él porque estaba en la carretera, pero que no lo conoció cuando le dió, pero sabe que es él porque estaba conversando solo. Que estaba acostada, que vió a Catalino, que estaba en la carretera cuando vino y le dió, que no estaba Sisito allí, que Sisito tendría la pelea pero de eso no da cuenta, que no fué por esa causa que se levantó, que en su casa no había hierro, que Sisito no haló por ningún sable, que él no andaba ni con cortaplumas; que si ellos tuvieron su pelea, la tendrían, pero ella no sabe nada de eso, Que está segura que Catalino le dió ese golpe.

"Contestando a preguntas del Fiscal: Al juez, que Sisito es nieto suyo, que no puede decir los años que tiene, que no lo sabe, pero

que para la tormenta de Nuestra Señora de los Angeles su padre le decía que tenía diez años.

"Al defensor: Que Rosario Ayala llegó con Sisito."

La prueba de descargo consistió en las declaraciones de Rosario Ayala y del propio acusado. Ambos dijeron que el acusado tuvo un disgusto con Sisito Solís, nieto de Felícita; que Sisito atacó al acusado con una hoja de sable; que Felícita se interpuso y Sisito le dió entonces el sablazo que le causó el daño de que se queja en esta causa.

Existe, pues, un conflicto en la prueba practicada que fué dirimido por el juez sentenciador en contra del acusado. Pero éste sostiene que aun aceptando en toda su integridad la declaración de Felícita Solís, dicha declaración no es bastante para fundar en ella únicamente la sentencia por virtud de la cual fué condenado a dos años de cárcel.

Es bien cierto que se nota al analizar la declaración de Felícita Solís, alguna vaguedad y que no podemos deducir claramente de ella los móviles que indujeron al acusado a cometer el delito que se le imputa, pero no es menos cierto que desde el principio hasta el fin de su declaración, Felícita, la mujer de noventa años, sostiene que fué el acusado y no otra persona, el que le acometió y le agredió en la noche del 1 de mayo de 1914. Además, el juez de distrito que tuvo la oportunidad de observarla mientras declaraba, quedó convencido de que decía la verdad, y a menos que existiera un motivo poderoso que nos llevara a la conclusión contraria, debemos aceptar la resolución del juez sentenciador como la justa y procedente. Lo que sí nos parece excesiva es la pena impuesta al acusado. Grave es en verdad el delito de acometer y agredir a una mujer, y mucho más a una mujer de noventa años, pero las circunstancias que concurren en este caso no justifican que se imponga el máximum de la pena señalada por el estatuto. A nuestro juicio, seis meses de cárcel son suficientes.

Debe modificarse la sentencia apelada en tal sentido.

> *Confirmada la sentencia apelada aunque modi-*
> *ficada en el sentido de que el acusado sufra*
> *seis meses de cárcel y el pago de las costas.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.